## AFFIDAVIT OF SERVICE

| | |
|---|---|
| ANTIMA H. THOMPSON, on behalf of herself And all others similarly situated | UNITED STATES DISTRICT COURT Southern District of New York |
| Plaintiff (s) | Court |
| UNIFUND CCR PARTNERS | 08-CIV.1565 |
| Defendant (s) | Case Number |

STATE: Ohio          COUNTY: Clermont          The undersigned
Celine M. Estill being duly sworn states that on the: 20th   day of: February, 2008
at: 3:05 pm I served the following: SUMMONS IN A CIVIL ACTION
                                    CLASS ACTION COMPLAINT

Upon: UNIFUND CCR PARTNERS
At:   10625 Techwoods Circle
      Cincinnati, OH 45242

## MANNER OF SERVICE

( )   PERSONALLY, by serving the above named individual
      Sex:    Race:    Age:    Ht:    Wt:    Hair:    Eyes:
( )   SUBSTITUTE SERVICE, by leaving copies with:
      who is the:                                of the defendant, at the defendant's
      ( ) Home           ( ) Place of employment
(X)   CORPORATE, by leaving copies with: Nicole Proctor
      who is the: Front Desk Coordinator and authorized agent of the said corporation.
      Sex: F  Race: White  Age: 24  Ht: 5'6"  Wt. 130  Hair: Lt. Brn  Eyes: No glasses
( )   OTHER:

_ask_
Notary Public

Process Server:

_signature_
Signature

Sworn to before me and subscribed
In my presence on the _20_ day
of _February_, 20_08_.

**STATE OF OHIO**
**COUNTY OF CLERMONT**



Jack R. Latham Jr.
Notary Public, State of Ohio
My Commission Expires 03-28-2012