UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANITA H. THOMPSON, on behalf of herself and all )
others similarly situated )
)
                Plaintiff, )
)
vs. )
)
UNIFUND CCR PARTNERS )
)
                Defendants. )

Index No.: 08 CV 1565 (KMK)

**STIPULATION AND ORDER** extending time.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the time of the defendant UNIFUND CCR PARTNERS to appear, answer or otherwise respond to the complaint is extended through and including April 24, 2008. The defendant has acknowledged it was served with the summons and complaint and will not allege lack of personal jurisdiction as a result of any improper service.

Dated:    March 24, 2008
          White Plains, New York

KLEINMAN LLC,

By: Abraham Kleinman
Attorney for Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626
Tel: (516) 522-2621

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: Thomas A. Leghorn
Attorneys for Defendant
UNIFUND CCR PARTNERS
3 Gannett Drive
White Plains, New York 10604
Tel: (914)323-7000

SO ORDERED
USDJ

DATED: 3/25/08

1932172.1