UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTIMA H. THOMPSON, on behalf of herself and all others similarly situated,

                    Plaintiff,

vs.

UNIFUND CCR PARTNERS

                    Defendant.
-----------------------------------------------------------------x

**REPLY TO COUNTERCLAIM**
7:08-cv-01565 (KMK)

Plaintiff, Antima H. Thompson, by and through her undersigned attorney, alleges upon knowledge as to herself and her own acts, and as to all other matters upon information and belief, replies to Defendant's Counterclaim as follows:

1. Plaintiff Denies that Unifund CCR Partners is entitled to a setoff.

2. Plaintiff Denies that Unifund CCR Partners is the Current Creditor of her Sears National Bank account.

3. Plaintiff Denies that Unifund CCR Partners owns Plaintiff's account.

4. Plaintiff Denies that Unifund CCR Partners is entitled to Interest.

5. Plaintiff Denies that Unifund CCR Partners is entitled to Attorney Fees.

WHEREFORE, plaintiff respectfully requests that the Court enter judgment denying the Counterclaim.

Dated: March 28, 2008
       Uniondale, New York

*[signature]*
Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RexCorp Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile  (888) 522-1692