```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: _____   │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Antima H. Thompson,

                Plaintiff(s),                08 Civ. 01565 (KMK)(GAY)

  -against-

Unifund CCR Partners,                           CALENDAR NOTICE

                Defendant(s).
-----------------------------------------------------X

    Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference      ___ Status Conference      ___ Oral argument
___ Settlement conference    ___ Plea Hearing          ___ Suppression hearing
_X_ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial            ___ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, July 24, 2008 at 11:30 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: June 19, 2008
       White Plains, New York

                             So Ordered

                             _____
                             Kenneth M. Karas, U.S.D.J