LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

July 23, 2008

**Via Facsimile Only to**
**(914) 390-4152**
Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York

## MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Thompson v. Unifund CCR Partners
    7:08-cv-1565

Dear Judge Karas:

I represent the Plaintiff.

An Initial Conference is scheduled before Your Honor on July 24, 2008 at 11:30 AM.

The Court has contacted Plaintiff and Defendant to reschedule the Conference to July 24, 2008 at 2:30 PM, to Honor the late Judge Brieant.

Plaintiff consents to the Adjournment.

However, Plaintiff respectfully requests an Adjournment of the July 24, 2008 date.

The basis of the Adjournment request is that the Plaintiff, Antima Thompson, has filed for Bankruptcy protection. Plaintiff has preserved her Fair Debt Collection Practices Act claim and it is my understanding that it is within the province of the Bankruptcy Trustee whether Ms. Thompson will be able to maintain the action.

I will notify the Court of the Trustee's decision, upon receipt.

Respectfully submitted,

Abraham Kleinman

cc: Thomas A. Leghorn, Esq.
    via facsimile to (914) 323-7001

*Let's have the conference.*

*So Ordered*

*[signature]*
*7/23/08*