```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTIMA H. THOMPSON et al,

           Plaintiffs,

-v-

UNIFUND PARTNERS CCP,

           Defendant.

Case No. 08-CV-1565 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-referenced case is hereby placed on the suspense calendar. Parties will return for a conference on Friday, November 7, 2008, at 10:30 a.m., unless Parties advise the Court by October 10, 2008, that the conference is not necessary.

SO ORDERED.

Dated:    July 5, 2008
           White Plains, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE